**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CARLOS FARIAS,

        Plaintiff,

v.                                         Case No. 6:14-cv-880-Orl-37GJK

TRADE SECRETS, LLC,

        Defendant.

_____

**ORDER**

This cause is before the Court on the following:

1.      Plaintiff's Motion for Partial Summary Judgment (Doc. 14), filed July 22, 2014;

2.      Defendant's Time Sensitive Opposed in Part and Unopposed in Part Motion for Enlargement of Time to File a Response to Plaintiff's Premature Partial Motion for Summary Judgment with Supporting Authority (Doc. 15), filed July 25, 2014;

3.      Magistrate Judge Gregory J. Kelly's Order and Report and Recommendation (Doc. 19), filed August 4, 2014; and

4.      Notice of Acknowledgement and Relief Sought (Doc. 20), filed August 4, 2014.

On July 22, 2014—the day after Defendant filed its Answer in this Fair Labor Standards Act ("FLSA") case (Doc. 13)—Plaintiff moved for partial summary judgment. (Doc. 14.) In response, Defendant moved for a three-month enlargement of time to conduct discovery or, alternatively, for a two week extension of time in which to respond

to Plaintiff's motion. (Doc. 15, p. 8.)

In a well-reasoned Report and Recommendation ("R&R"), Magistrate Judge Kelly recommends denying Plaintiff's Motion for Partial Summary Judgment as premature and granting Defendant's motion for an extension. (*See* Doc. 19, pp. 5–6.) Upon consideration, the Court finds that Magistrate Judge Kelly's R&R is due to be adopted and confirmed, with one exception: because Plaintiff's motion for partial summary judgment is due to be denied, the Court finds that Defendant's motion for an extension is due to be denied as moot. In all other respects, the R&R is due to be adopted and confirmed and made a part of this Order.

Additionally, in his Notice of Acknowledgement of the Court's FLSA Scheduling Order (Doc. 17), Plaintiff moves to:

> dispense with the scheduling order or in the alternative to require Defendant to provide under oath the factual basis for its Third Affirmative Defense, its accounting of the number of hours Plaintiff worked each week, the maximum number of hours that the parties agreed that Plaintiff's salary covered each week (including details of how this agreement was made and by whom), the amount of overtime it claims is due to Plaintiff and to the extent that Defendant refuses to agree to liquidated damages the complete factual basis for its good faith defense to avoid liquidated damages.

(Doc. 20, p. 2.) Plaintiff provides no authority in support of the motion, and thus it is due to be denied. (*See id.*) Moreover, contrary to Plaintiff's assertion (*see id.* at 1), the Court's FLSA scheduling order is designed precisely to encourage the just, speedy, and inexpensive resolution of this case without advantaging or disadvantaging any party, and it will therefore continue to control this case. (*See* Doc. 17, p. 1 (citing Fed. R. Civ. P. 1).)

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.    Magistrate Judge Gregory J. Kelly's Order and Report and Recommendation (Doc. 19) is **ADOPTED IN PART**.

    a.    The Court declines to adopt the portion of the R&R that recommends granting Defendant's Time Sensitive Opposed in Part and Unopposed in Part Motion for Enlargement of Time to File a Response to Plaintiff's Premature Partial Motion for Summary Judgment (Doc. 15).

    b.    In all other respects, the R&R is **ADOPTED AND CONFIRMED** and made a part of this order.

2.    Plaintiff's Motion for Partial Summary Judgment (Doc. 14) is **DENIED WITHOUT PREJUDICE** as premature.

3.    Defendant's Time Sensitive Opposed in Part and Unopposed in Part Motion for Enlargement of Time to File a Response to Plaintiff's Premature Partial Motion for Summary Judgment with Supporting Authority (Doc. 15) is **DENIED AS MOOT**.

4.    All relief requested in Plaintiff's Notice of Acknowledgement and Relief Sought (Doc. 20) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 5, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record